UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TOMAS ALFREDO PASCUAL FELIX,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; DAVID J. VENTURELLA, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; DAREN K. MARGOLIN, Acting Director for Executive Office for Immigration Review; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Attorney General of the United States,

Respondents.

Case No.: 3:26-cv-4744-JES-VET

**ORDER FOR JOINT STATUS REPORT**

Before the Court is Petitioner Tomas Alfredo Pascual Felix's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The parties have

stated that Petitioner was granted a bond hearing, to be held on August 27, 2026. *See* ECF No. 5 at 2. The Court hereby **ORDERS** the parties to file a joint status report no later than **Wednesday, September 2, 2026**, apprising the Court of the whether the hearing occurred as scheduled and the result of the hearing, so that the Court may determine whether the Petitioner still presents a live controversy within the Court's jurisdiction.

**IT IS SO ORDERED.**

Dated: August 28, 2026

Honorable James E. Simmons Jr.
United States District Judge