UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TOMAS ALFREDO PASCUAL FELIX,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; DAVID J. VENTURELLA, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; DAREN K. MARGOLIN, Acting Director for Executive Office for Immigration Review; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Attorney General of the United States,

Respondents.

Case No.: 3:26-cv-4744-JES-VET

**ORDER DENYING PETITION FOR WRIT OF HABEAS AS MOOT**

**[ECF No. 1]**

Before the Court is Petitioner Tomas Alfredo Pascual Felix's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court previously

stayed consideration of the petition, pending results from a bond hearing to be held on August 27, 2026. ECF No. 6. On September 2, 2026, the parties filed a status report, apprising the Court that Petitioner has been released from custody on bond. ECF No. 7. Accordingly, the Court now **DENIES AS MOOT** the petition and directs the Clerk of the Court to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Honorable James E. Simmons Jr.
United States District Judge